UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

CASE NO.: 9:23-cv-80995-RLR

JERRY JENNINGS, an individual,

Plaintiff,

v.

J.W. CHEATHAM LLC, a Florida

limited liability company,

Defendant.

_____/

MEDIATOR'S REPORT

Norman Gerstein Esq., the undersigned certified Mediator reports to this Honorable Court as follows:

Mediation was held on April 3, 2024 at 10:00 a.m.

_____ AN AGREEMENT WAS REACHED
_____X_____ NO AGREEMENT WAS REACHED, and an IMPASSE was declared.
_____ The Agreement is attached with the consent of the parties.
_____ The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation.
CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on This April 3, 2024, I served this day on all counsel of record or pro se parties identified on the attached Service List by email.


 Respectfully submitted,

1

2

_____

Norman S. Gerstein Esq.
Florida Bar No: 162081
Norman S. Gerstein P.A.
5966 South Dixie Highway Suite 300
Miami, Florida 33143
Telephone : 786-363-5615